UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIANNA M,[1] | ) | CIVIL ACTION NO. 4:22-CV-0376 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI | ) | |
| *ACTING SOCIAL SECURITY* | ) | |
| *COMMISSIONER,* | ) | |
| Defendant | | |

**ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment will be issued pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Commissioner by separate order.

(3) The Clerk of Court is DIRECTED to close this case.

Date: July 31, 2023        BY THE COURT

                           *s/William I. Arbuckle*
                           William I. Arbuckle
                           U.S. Magistrate Judge

---

[1] To protect the privacy interests of plaintiffs in social security cases, we have adopted the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.